**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7167**

———————

JOHN LEROY MCCOMBS,

                                Plaintiff - Appellant,

    versus

WILLIAM D. CATOE, Commissioner of SCDC; DIANE
AUSTIN, Librarian at Tyger River Correctional
Institution; RICHARD NOLLS, Lieutenant, SMU
Supervisor; ROBIN K. BAILEY, Sergeant, Shift
Supervisor; G. GUINN, Mailroom Worker; MARION
JAMES, Librarian at Lee Correctional
Institution,

                            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Matthew J. Perry, Jr., Senior District
Judge. (CA-99-4055-6-10AK)

———————

Submitted: November 9, 2000      Decided: November 15, 2000

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Leroy McCombs, Appellant Pro Se. Robert Eric Petersen, SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Leroy McCombs appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McCombs v. Catoe, No. CA-99-4055-6-10AK (D.S.C. filed July 20, 2000; entered July 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED